# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-4706 |
| | : | |
| **CO SAVADOGO, ET AL.** | : | |

## ORDER

This 30th day of June, 2023, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 65) is **GRANTED**. The Clerk of Court is requested to mark this case closed for statistical purposes.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge